IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY COOK,<br><br>        Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | **8:17CV34**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Nicholas K. Rudman as counsel on behalf of Defendant, Wal-Mart Stores, Inc., (Filing No. 17), is granted.

August 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge