IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROSEMARY COOK, | |
|---|---|
| Plaintiff, | **8:17CV34** |
| vs. | |
| WAL-MART STORES, INC., | **ORDER** |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Christopher D. Sandy as counsel on behalf of Defendant, Wal-Mart Stores, Inc., (Filing No. 19), is granted.

October 3, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge