IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROSEMARY COOK, | |
|---|---|
| Plaintiff, | 8:17CV34 |
| vs. | |
| WAL-MART STORES, INC., | ORDER |
| Defendant. | |

During the conference call held today, the court was apprised that Plaintiff is still receiving treatment for the injuries at issue in this case. After conferring with counsel,

IT IS ORDERED:

1) As to the issue of damages, the discovery and case progression deadlines are set aside pending further order of the court.

2) As to the issue of liability, the discovery and case progression deadlines remain, and discovery as to that liability is complete.

3) Defendant's anticipated motion for summary judgment on the issue of liability shall be filed on or before November 15, 2017.

4) If this case is not resolved on Defendant's anticipated summary judgment motion, within 10 days following the court's ruling, counsel shall contract my chambers to set a telephone conference for entering a case scheduling order on the issue of damages.

October 24, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge